193 So.2d 530

**Melvin THOMPSON**

**v.**

**STATE of Louisiana.**

**No. 48537.**

Jan. 20, 1967.

In re: Melvin Thompson applying for writ of habeas corpus.

Writ refused. The application is insufficient to justify the exercise of either our supervisory or original jurisdiction.

■

193 So.2d 530

**Cecile LAFLEUR, wife of/and John L. TAYLOR**

**v.**

**GENUINE PARTS COMPANY and Hardware Mutual Casualty Company.**

**No. 48517.**

Jan. 20, 1967.

In re: Cecile Lafluer, wife of/and John L. Taylor applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 192 So.2d 241.

Writ refused. On the facts found by the Court of Appeal its judgment is correct.

McCALEB, J., is of the opinion that a writ should be granted.